UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **5:22-cv-00658-FLA (MAA)**  Date: **August 5, 2022**

Title  **Lawrence Gene Kirkley v. Walter Trent Kirkley et al.**

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why This Court Should Not Recommend Dismissal

On May 31, 2022, the Court issued an Order Dismissing First Amended Complaint ("FAC") With Leave to Amend ("Order"). (Order, ECF No. 9.) The Court ordered Plaintiff Lawrence Gene Kirkley ("Plaintiff") to, no later than June 30, 2022, either file a Second Amended Complaint ("SAC"), advise the Court that he wishes to proceed with the FAC, or voluntarily dismiss the action. (*Id*. at 7–9.) The Court cautioned Plaintiff that "**failure to respond to this Order may result in dismissal of the lawsuit without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  *See* C.D. Cal. L.R. 41-1**." (*Id*. at 9.)

To date, Plaintiff has not filed a SAC, Notice of Dismissal, or any other response to the Order. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by September 6, 2022 why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a SAC, or notice that he wishes to proceed with the FAC, or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment: Notice of Dismissal